FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 22 AM 11: 32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV412-106
)
BRUCE CHATMAN, Warden, Georgia )
Diagnostic and Classification )
Center, )
)
    Respondent. )
)

## ORDER

Before the Court is Petitioner's Motion for Leave to Appear Pro Hac Vice (Doc. 48), Motion to Appoint Counsel (Doc. 49), and Motion to Waive Pro Hac Appearance Fee (Doc. 50). After careful consideration, Petitioner's Motion to Appoint Counsel (Doc. 49) is **GRANTED**. Additionally, the Court has reviewed and considered the petition of Marcia A. Widder of the Georgia Resource Center and it appears that the requirements stated in LR83.4 for admission pro hac vice have been satisfied. As a result, Marcia Widder's Motion for Leave to Appear Pro Hac Vice (Doc. 48) and Motion to Waive Pro Hac Appearance Fee (Doc. 50) are likewise **GRANTED**. The Clerk is **DIRECTED** to enter Marcia A. Widder as counsel of record in this case for Petitioner Joseph William.

SO ORDERED this 22ⁿᵈ day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA