IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH WILLIAMS,)
)
    Petitioner,)
)
v.) CASE NO. CV412-106
)
BRUCE CHATMAN, Warden,)
Georgia Diagnostic and)
Classification Center,)
)
    Respondent.)
)

## O R D E R

Before the Court are Petitioner's Motion for Leave to Appear Pro Hac Vice (Doc. 91), and Motion to Waive Pro Hac Appearance Fee (Doc. 92). Because the Court is satisfied that Akiva Hibel Freidlin has complied with the requirements of Local Rule 83.4, Petitioner's motion (Doc. 91) is **GRANTED**. In addition, the Court finds that there is good cause to waive the pro hac vice admission fee in this case. Accordingly, Petitioner's motion to waive pro hac vice admission fee (Doc. 92) is also **GRANTED**.

SO ORDERED this 10th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA