IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH WILLIAMS, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV412-106
 )
WARDEN, Georgia Diagnostic )
and Classification Prison, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is Petitioner's Motion for *Nunc Pro Tunc* Appointment. (Doc. 96.) In the motion, Petitioner's counsel requests that the Court make its January 22, 2016 appointment of counsel Marcia Widder *nunc pro tunc* to October 20, 2015. (Id.) Ms. Widder asserts that she has been working on Petitioner's case since October 20, 2015 and would like to request compensation for the billable hours she accrued before this Court's formal appointment on January 22, 2016. (Id.) After careful consideration, Petitioner's request is **GRANTED**.

SO ORDERED this 10th day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA