AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOSEPH WILLIAMS,

Petitioner,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV412-106

WARDEN ERIC SELLERS,

Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated August 30, 2021, Joseph Williams'

petition under 28 U.S.C. § 2254 is denied. This case stands closed.



August 30, 2021

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020