AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOSEPH WILLIAMS,

Petitioner,

**AMENDED JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV412-106

WARDEN ERIC SELLERS,

Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated August 30, 2021, Joseph Williams'

petition under 28 U.S.C. § 2254 is denied and the petitioner is denied a COA to his

ineffective assistance of trial counsel claim and his ineffective assistance of appellate counsel

claim. This case stands closed.



August 31, 2021

*Date*

John E. Triplett, Clerk of Court

Clerk

*(By) Deputy Clerk*

GAS Rev 10/2020