**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JOSEPH WILLIAMS,

     Petitioner,

     v.

WARDEN ERIC SELLERS,

     Respondent.

CASE NO.: 4:12-cv-106

**O R D E R**

The judgment in the above-styled action having been vacated and the case having been remanded by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 14th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA