IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOSEPH WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, GEORGIA DIAGNOSTIC PRISON,<br><br>    Respondent. | CIVIL ACTION NO.: 4:12-cv-106 |

## S C H E D U L I N G   O R D E R

Following remand of this case by the Eleventh Circuit Court of Appeals, Petitioner Joseph Williams filed his Amended Petition for Writ of Habeas Corpus by a Person in State Custody. (Doc. 133.)  Respondent filed his Answer.  (Doc. 138.)  Petitioner then filed a Motion for Scheduling Order.  (Doc. 139.)  Respondent does not oppose the deadlines proposed by Petitioner, except as to briefing on exhaustion.  (See doc. 140, p. 2.)  Respondent proposed that exhaustion be briefed prior to any request for discovery.  (Id.)  Petitioner did not file a Reply. Having considered the parties' submissions, the unique circumstances of this case, and the standard briefing schedules entered in capital habeas corpus cases in the Southern District of Georgia, the Court **GRANTS, in part,** and **DENIES, in part**, Petitioner's Motion for Scheduling Order, (doc. 139), and sets the following schedule:

Petitioner shall have **thirty (30)** days from the date of this Order to file his brief on procedural default and exhaustion.  Within **twenty-one (21)** days of the date Petitioner files his brief on procedural default and exhaustion, Respondent shall file his Response.  Petitioner will have **fourteen (14)** days after the filing of Respondent's Response to file a Reply.

Following the Court's ruling on procedural default and exhaustion, Petitioner shall have **thirty (30)** days to file any request for discovery.  Within t**wenty-one (21)** days of Petitioner filing his request for discovery, Respondent shall file his Response.  Petitioner will have **fourteen (14)** days to file a Reply.  If the Court permits discovery, a schedule for discovery will be set at that time.

Once Petitioner has completed discovery or the Court has denied Petitioner's request for discovery, Petitioner shall have **thirty (30)** days in which to file a Motion for Evidentiary Hearing.  Respondent shall have **twenty-one (21)** days after Petitioner has filed his Motion for Evidentiary Hearing to file his Response.  Petitioner shall have **fourteen (14)** days after Respondent files his Response to file his Reply.

Once the Court has either heard evidence at a hearing or denied Petitioner's Motion for Evidentiary Hearing, Petitioner shall have **sixty (60)** days to file his brief on the merits of the claims properly before the Court.  Respondent shall have **forty-five (45)** days to file a response, and Petitioner shall have **thirty (30)** days thereafter to file any Reply.

This scheduling order may be amended by consent of both parties, but only with the approval of the Court.  To the extent not agreed to by the parties, either party may seek leave to amend the schedule for good cause.

**SO ORDERED**, this 12th day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA